**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Marc D. Powers
mpowers@bakerlaw.com
Matthew R. Goldman
mgoldman@bakerlaw.com

*Counsel for Plaintiffs Extended Stay*
*Litigation Trust, and Hobart Truesdell*
*and Walker, Truesdell, Roth & Associates,*
*as Trustees of the Extended Stay Litigation Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EXTENDED STAY, INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No. 09-13764 (JMP)<br><br>(Jointly Administered) |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust,<br><br>HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and<br><br>THE EXTENDED STAY LITIGATION TRUST,<br><br>Plaintiffs,<br><br>        -against-<br><br>The Blackstone Group, L.P., Blackstone Holdings I L.P., Blackstone Holdings II L.P., Blackstone Holdings III L.P., Blackstone Holdings IV L.P., Blackstone Holdings V L.P., Blackstone Holdings I/II GP, Inc., | Adv. Pro. No. 11-02398 (JMP) |

Blackstone Holdings III GP L.L.C., Blackstone Holdings IV GP L.P., Blackstone Holdings V GP L.P., Blackstone Real Estate Partners IV L.P., Blackstone Capital Partners IV L.P., BHAC IV, LLC, BRE/HV Holdings LLC, Blackstone Hospitality Acquisitions, LLC, Prime Hospitality, LLC, DL-DW Holdings, LLC, Lightstone Holdings LLC, The Lightstone Group, LLC, PGRT ESH Inc., Lightstone Commercial Management, Arbor ESH II, LLC, Arbor Commercial Mortgage, LLC, Princeton ESH LLC, Atmar Associates, LLC, Glida One LLC, Ron Invest LLC, Polar Extended Stay (USA) L.P., BHAC Capital IV, LLC, BRE/ESH Holdings, LLC, ABT-ESI LLC, Mericash Funding LLC, Park Avenue Funding LLC, Bank of America, N.A., Citigroup Global Markets Inc., Ebury Finance Limited, Banc of America Securities LLC, David Lichtenstein, Bruno de Vinck, Peyton "Chip" Owen, Jr., Guy R. Milone, Jr., Joseph Chetrit, Joseph Teichman, Joseph Martello, F. Joseph Rogers, David Kim, Gary DeLapp, Jonathan D. Gray, William Stein, Michael Chae, Robert L. Friedman, Thomas Burdi, Gary Sumers, Dennis J. McDonagh, Alan Miyasaki, and JOHN DOES 1 through 100, inclusive,

        Defendants.

## NOTICE OF APPEAL

Walker, Truesdell, Roth & Associates ("WTR&A"), as Trustee for and on behalf of the Extended Stay Litigation Trust (the "Trust"), the Trust, and Hobart Truesdell, as Trustee for and on behalf of the Trust ("Truesdell," and together with WTR&A and the Trust, the "Plaintiffs"), hereby file this notice of appeal under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the *Order Denying Litigation Trustee's Motion for Remand or Abstention*, entered by this Court on September 19, 2011 [Docket No. 77] (the "Order").

A true and correct copy of the Order is attached hereto as <u>Exhibit A</u>.  The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are identified on the <u>Schedule 1</u>, attached hereto.

| | |
|---|---|
| Dated: September 28, 2011<br>New York, New York | Respectfully submitted,<br>**BAKER & HOSTETLER LLP**<br><br>*/s/ Marc D. Powers*<br>MARC D. POWERS<br>Email: mpowers@bakerlaw.com<br>MATTHEW R. GOLDMAN<br>Email: mgoldman@bakerlaw.com<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:    212.589.4200<br>Facsimile:     212.589.4201<br><br>AND<br><br>MICHAEL A. VANNIEL (*pro hac vice* application pending)<br>ALEXIS C. OSBURN (*pro hac vice* application forthcoming)<br>Baker & Hostetler LLP<br>PNC Center<br>1900 East 9th Street, Suite 3200<br>Cleveland, OH 44114-3482<br>Telephone: 216.621.0200<br>Facsimile: 216.696-0740<br><br>*Counsel for Plaintiffs Extended Stay Litigation Trust, and Hobart Truesdell and Walker, Truesdell, Roth & Associates, as Trustees of the Extended Stay Litigation Trust* |

## SCHEDULE 1

**Appellants and Counsel**

| PARTY | COUNSEL |
|---|---|
| Extended Stay Litigation Trust; and Hobart Truesdell and Walker, Truesdell, Roth & Associates, as Trustees of the Extended Stay Litigation Trust | BAKER & HOSTETLER LLP<br>Marc D. Powers, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589.4200<br><br>- AND -<br><br>BAKER & HOSTETLER LLP<br>Matthew R. Goldman, Esq.<br>Michael A. VanNiel, Esq.<br>Alexis C. Osburn, Esq.<br>PNC Center<br>1900 East 9th Street, Suite 3200<br>Cleveland, OH 44114-3482<br>Telephone: (216) 621.0200 |

**Appellees and Counsel**

| PARTY | COUNSEL |
|---|---|
| The Blackstone Group, L.P.;<br>Blackstone Holdings I L.P.;<br>Blackstone Holdings II L.P.;<br>Blackstone Holdings III L.P.;<br>Blackstone Holdings IV L.P.;<br>Blackstone Holdings V L.P.;<br>Blackstone Holdings I/II GP, Inc.;<br>Blackstone Holdings III GP L.L.C.;<br>Blackstone Holdings IV GP L.P.;<br>Blackstone Holdings V GP L.P.;<br>Blackstone Real Estate Partners IV L.P.;<br>Blackstone Capital Partners IV L.P.;<br>BHAC IV, LLC;<br>BRE/HV Holdings LLC;<br>BRE/ESH Holdings LLC;<br>Blackstone Hospitality Acquisitions, LLC;<br>Prime Hospitality, LLC;<br>Jonathan Gray;<br>(continued next page) | KIRKLAND & ELLIS LLP<br>Jeffrey S. Powell, Esq.<br>Daniel T. Donovan, Esq.<br>655 15th Street NW, Suite 1200<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br><br>- AND -<br><br>KIRKLAND & ELLIS LLP<br>Richard M. Cieri<br>Paul M. Basta<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800 |

| | |
|---|---|
| William Stein;<br>Michael Chae;<br>Robert Friedman;<br>Gary Sumers;<br>Dennis McDonagh; and<br>Alan Miyasaki | |
| Thomas Burdi;<br>Gary DeLapp;<br>Dae Hum Kim (identified in the Complaint as David Kim); and<br>F. Joseph Rogers | BRUNE & RICHARD LLP<br>David Elbaum, Esq.<br>One Battery Park Plaza, 34th Floor<br>New York, New York 10004<br>Telephone: (212) 668-1900 |
| Citigroup Global Markets Inc. | CHADBOURNE & PARKE LLP<br>Thomas J. Hall, Esq.<br>Douglas E. Deutsch, Esq.<br>Caroline Pignatelli, Esq.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 408-5100 |
| Arbor ESH II, LLC;<br>Arbor Commercial Mortgage, LLC.;<br>ABT-ESI LLC;<br>Guy R. Milone, Jr.; and<br>Joseph Martello | DECHERT LLP<br>Gary Mennitt, Esq.<br>Shmuel Vasser, Esq.<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Telephone: (212) 698-3683 |
| Banc of America Securities LLC;<br>Bank of America N.A.; and<br>Ebury Finance Limited | DAVIS POLK & WARDWELL LLP<br>Benjamin S. Kaminetzky, Esq.<br>Jonathan D. Martin, Esq.<br>Marc J. Tobak, Esq.<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000 |
| DL-DW Holdings, LLC;<br>Lightstone Holdings, LLC;<br>The Lightstone Group, LLC;<br>Lightstone Commercial Management;<br>BHAC Capital IV, LLC;<br>Park Avenue Funding, LLC;<br>David Lichtenstein;<br>Bruno de Vinck;<br>Peyton "Chip" Owen; and<br>Joseph Teichman | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>David M. Friedman, Esq.<br>Christopher P. Johnson, Esq.<br>Robert M. Novick, Esq.<br>Adina G. Storch, Esq.<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700 |

| | |
|---|---|
| PGRT ESH, Inc. | HINSHAW & CULBERTSON LLP<br>Edward K. Lenci, Esq.<br>780 Third Avenue, 4th Floor<br>New York, New York 10017<br>Telephone: (212) 471-6212<br><br>- AND -<br><br>BUTLER RUBIN SALTARELLI & BOYD LLP<br>Robert N. Hermes, Esq.<br>Andrew D. Shapiro, Esq.<br>Vincente Tennerelli, Esq.<br>70 West Madison Street, Suite 1800<br>Chicago, Illinois 60602<br>Telephone: (312) 444-9660 |
| Princeton ESH, LLC | Princeton ESH LLC<br>c/o National Registered Agents, Inc.<br>160 Greentree Drive-Suite 101<br>Dover, DE 19904<br>(No counsel has made an appearance) |
| Atmar Associates, LLC | Atmar Associates<br>c/o Corporation Service Company<br>2711 Centerville Road-Suite 400<br>Wilmington, DE 19808<br>(No counsel has made an appearance) |
| Glida One LLC | Glida One LLC<br>c/o Corporation Service Company<br>2711 Centerville Road-Suite 400<br>Wilmington, DE 19808<br>(No counsel has made an appearance) |
| Ron Invest LLC | Ron Invest LLC<br>c/o Corporation Service Company<br>2711 Centerville Road-Suite 400<br>Wilmington, DE 19808<br>(No counsel has made an appearance) |
| Polar Extended Stay (USA) L.P. | Polar Extended Stay USA L.P.<br>c/o Corporation Service Company<br>2711 Centerville Road-Suite 400<br>Wilmington, DE 19808<br>(No counsel has made an appearance) |

- 4 -

| Mericash Funding LLC | Mericash Funding, LLC<br>c/o Corporation Service Company<br>2711 Centerville Road-Suite 400<br>Wilmington, DE 19808<br>(No counsel has made an appearance) |
|---|---|
| Joseph Chetrit | Joseph Chetrit<br>c/o The Chetrit Group<br>404 Fifth Avenue-4th Floor<br>New York, NY 10018<br>(No counsel has made an appearance) |